**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

**GARRY DEAN TAYLOR, JR.,**
**Plaintiff,**

**CIVIL ACTION NO.:**

**JURY TRIAL DEMANDED**

**vs.**

**MEAGAN MARIAH WATSON,**
**an Individual, and WESTERN EXPRESS INC.,**
**a Domestic For-Profit Corporation,**
**Defendants.**
**______________________________/**

# COMPLAINT

COMES NOW the Plaintiff GARRY DEAN TAYLOR, JR., by and through the undersigned counsel, in the above-captioned case, and states his Complaint against Defendants, MEAGAN MARIAH WATSON, (hereinafter referred to as "Defendant Watson" and WESTERN EXPRESS INC. (hereinafter referred to as "Defendant Western", and in support thereof states as follows:

## JURISDICTION & VENUE

1. The amount in controversy in this matter exceeds $75,000.00, exclusive of interests and costs.
2. There is complete diversity among the Parties in this cause of action who are citizens of different states. Plaintiff Taylor is a citizen of Florida, Defendant Watson is a citizen of West Virginia and Defendant Western's principal place of business is in Tennessee.
3. This Court has subject matter jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332.
4. This cause of action was originally filed on June 16, 2022, in the Superior Court of Catoosa County State of Georgia. On September 6, 2022, the case was removed from Superior Court

and a Standing Order Regarding Civil Litigation was entered in the United States District Court Northern District of Georgia Rome Division, Case No.: 4:22-cv-00196-WMR.

5. On August 12, 2024, a Joint Notice of Dismissal without prejudice preserving Plaintiff's intention to renew the case after dismissal resetting deadlines pursuant to Georgia Code § 9-2-61 was filed.
6. Plaintiff hereby renews his original claims.

**PARTIES**

7. Plaintiff, GARRY DEAN TAYLOR, JR., is and was at all relevant times a citizen of Putnam County, Florida.
8. Defendant, MEAGAN MARIAH WATSON, who at the time of the incident resided at 1715 South Davis Ave., Elkins, West Virginia.
9. Defendant, WESTERN EXPRESS INC., whose principal place of business is located at 7135 Centennial Place, Nashville, Tennessee.

**FACTUAL ALLEGATIONS**

10. On or about June 16, 2021, Defendant, MEAGAN MARIAH WATSON operated and maintained a motor vehicle bearing Tag number J7314HY and Trailer Tag number, U970777.
11. At that time and place, Defendant, MEAGAN MARIAH WATSON, operated and maintained the motor vehicle so that it collided with Plaintiff's motor vehicle.
12. Defendant, MEAGAN MARIAH WATSON, improperly changed lanes and side swiped Plaintiff's vehicle causing bodily injury to Plaintiff.
13. At the time and place of the subject collision, Defendant, WESTERN EXPRESS INC., was the owner of the vehicle negligently operated by Meagan Mariah Watson.

## DAMAGES

14. As a direct and proximate result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of a previously existing condition, permanent disfigurement and scarring. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged, and Plaintiff lost use of it during the period required for its repair or replacement.
15. These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

## COUNT I: MOTOR VEHICLE NEGLIGENCE
## (As to Defendant, Meagan Mariah Watson)

16. Plaintiff, GARRY DEAN TAYLOR, JR., adopts by reference, as if set out fully and completely in this Count, the following statements of this Complaint: Paragraphs 1 through 13 and further alleges:
17. On or about June 16, 2021, Defendant, MEAGAN MARIAH WATSON, operated a motor vehicle in Catoosa County, Georgia.
18. At approximately the same place and time, Defendant, MEAGAN MARIAH WATSON, negligently maintained or operated the motor vehicle described in paragraph seven (7), such that it collided with Plaintiff's motor vehicle.
19. Defendant MEAGAN MARIAH WATSON'S negligence pursuant OCGA § 51-1-2, which constitutes the direct and proximate cause of Plaintiff's injuries, also consisted of, but was not limited to, her violation of OCGA § 40-6-123 improper lane change.

**COUNT II: MOTOR VEHICLE NEGLIGENCE**
**(As to Defendant, Western Express Inc.)**

20. Plaintiff, GARRY DEAN TAYLOR, JR., adopts by reference, as if set out fully and completely in this Count, the following statements of this Complaint: Paragraphs 1 through 16 and further alleges:

21. On or about June 16, 2021, Defendant, WESTERN EXPRESS INC., was the owner of the vehicle operated by Meagan Mariah Watson involved in the crash which occurred in Catoosa County, Georgia.

22. Meagan Mariah Watson was a permissive driver.

23. WESTERN EXPRESS INC. consented to the use of the vehicle by Meagan Mariah Watson.

24. As described in this Complaint, Meagan Mariah Watson, a Western Express Employee was negligent on the occasion in question, and such negligence was the proximate cause of Plaintiff's injuries and damages.

25. Under the vicarious liability doctrine, WESTERN EXPRESS INC., is strictly liable for the damages to Plaintiff resulting from the negligent operation of such vehicle by Meagan Mariah Watson.

26. As a direct and proximate result of the negligence described herein and above, Plaintiff suffered and will continue to suffer bodily injury, pain and suffering, disfigurement, emotional distress, loss of capacity for the enjoyment of life, loss of income and loss of the ability to earn income. In addition, Plaintiff incurred and continues to incur obligations to pay for varied services, including medical treatment and medications, and he has suffered other permanent compensable damages. Defendants in this case are liable for the damages to Plaintiff as set forth herein.

WHEREFORE, Plaintiff, Gary Dean Taylor, demands judgment, damages and costs against Defendants and for attorney's fees, pre-judgment and post judgment interest, and any further relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable.

## CERTIFICATE OF COUNSEL OF REASONABLE INVESTIGATION

The undersigned counsel hereby certifies that they have performed a reasonable investigation which has given rise to a good faith belief that grounds exist for an action against each named Defendants herein.

Dated this 3rd day of October, 2024.

Respectfully submitted,

*/s/ James R. Holland, II*
JAMES R. HOLLAND, II, ESQUIRE
Georgia Bar Number: 279871
4141 Southpoint Dr. E., Suite E
Jacksonville, Florida 32216
(904) 549-5600
eservice@holland.law